No. 79–570.   STONER v. HUTSON ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 79–574.   OHIO v. TATE.   Sup. Ct. Ohio.   Certiorari denied.

No. 79–578.   FLOWERVALE, INC., ET AL. v. INLAND CREDIT CORP. ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 79–588.   YORK-HOOVER CORP. ET AL. v. UNITED CASKET Co., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 79–611.   VASILIOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–619.   KENNEDY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 79–637.   BARON v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–641.   BOWMAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–645.   McKINNEY ET AL. v. PENNZOIL Co.   C. A. 4th Cir.   Certiorari denied.

No. 79–668.   CARTER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–675.   WILLIAMS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 79–688.   BRUNWASSER v. CITY OF PITTSBURGH ET AL.   Pa. Commw. Ct.   Certiorari denied.

No. 79–5020.   WILLIAMS v. GROOMES, PRISON SUPERINTENDENT, ET AL.   C. A. 3d Cir.   Certiorari denied.